Robert E. Boone III (C.B.N.: 132780)
Jennifer A. Jackson (C.B.N.: 192998)
James C. Pettis (C.B.N.: 223953)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone: 310-576-2100
Facsimile: 310-576-2200
Email: reboone@bryancave.com
         jjackson@bryancave.com
         james.pettis@bryancave.com

Attorneys for Defendants
MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. and COUNTRYWIDE BANK, FSB

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLVIN LENNON, SR., | Case No. 2:08-cv-07848-FMC-MANx |
| Plaintiff, | (Los Angeles County Superior Court Case No. MC019710) |
| vs. | **JUDGMENT DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE** |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., PAUL FINANCIAL, LLC, COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE BANK, F.S.B., RECONTRUST COMPANY, and DOES 1-50 inclusive, | |
| Defendants. | Honorable Florence-Marie Cooper |

1   Pursuant to the Court's April 6, 2009 Order granting the Motion To Dismiss With
2   Prejudice of defendants Mortgage Electronic Registration Systems, Inc. and Countrywide
3   Bank, FSB (the "Motion"), and Joinder in that Motion by defendant Paul Financial, LLC,
4   IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Colvin Lennon, Sr.
5   shall take nothing against Defendants, and Plaintiffs' complaint and all his claims against
6   all Defendants are dismissed with prejudice.  Defendants are entitled to recover their costs
7   of suit.

10  Dated: April 24, 2009

    United States District Court Judge

13  Respectfully submitted by:

14  **BRYAN CAVE LLP**
    Robert E. Boone III
15  Jennifer A. Jackson
    James C. Pettis

17  By:   /s/ James C. Pettis
           James C. Pettis
18  Attorneys for Defendant
    MORTGAGE ELECTRONIC
19  REGISTRATION SYSTEM, INC. and
    COUNTRYWIDE BANK, FSB

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

SM01DOCS\727526.1

[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS
CASE NO.: CV08-7848 FMC (MANx)